

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2021

No. 04-21-00146-CV

**IN THE INTEREST OF J.A.M. AND M.J.C., CHILDREN**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00682
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Appellant timely filed notice of appeal on Apri 13, 2021. Accordingly, the reporter's record was due April 24, 2021. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The record was not filed.

On April 30, 2021, the clerk of this court notified the court reporter, Elva Chapa, by letter that she is the reporter responsible for the record and that the record was late. Our letter required the record be filed by May 10, 2021. The record has not been filed.

We **order** Elva Chapa to file the and reporter's record in this appeal by **May 17, 2021**. The court will not grant any further extension of time to file the record in the absence of a showing of extraordinary circumstances that prevent the timely filing of the record and reasonable assurance the record will be completed and filed by the requested extended deadline.

Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." TEX. R. APP. P. 28.4(b)(1). We further **order** the clerk of this court to serve a copy of this order on the trial court. *See* TEX .R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2021.

MICHAEL A. CRUZ, Clerk of Court